Case 1:98-cr-00169-WMN   Document 59   Filed 10/25/2007   Page 1 of 2

U.S. DISTRICT COURT (Rev. 2/2005) Sheet 1 - Judgn.    n a Criminal Case for Revocations with Supervised Relea..   Judgment Page 1 of 2

GGPB

# United States District Court
## District of Maryland

OCT 25 2007

UNITED STATES OF AMERICA

v.

WILLIAM ANTONINE BOYD

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** with Supervised Release)
(For Offenses Committed On or After November 1, 1987)
Case Number: WMN-98-cr-0169
USM Number:
Defendant's Attorney: Katherine Newberger, AFPD
Assistant U.S. Attorney: Jamie M. Bennett

**THE DEFENDANT:**

[✓] admitted guilt to violation of conditions(s) <u>Statutory Condition</u> of the term of supervision.
[ ] was found in violation of condition(s) _____ after denial of guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| Statutory Condition | That the defendant shall not commit any federal, state or local crime. | November 6, 2007 |
| Statutory Condition | That the defendant shall not possess a controlled substance. | November 6, 2007 |

   The defendant is adjudged guilty of the violation(s) listed above and sentenced as provided in pages 1 through 2_____ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 as modified by <u>U.S. v. Booker</u>, 125 S. Ct. 738 (2005).

[✓] Supervised release is revoked.
[ ] The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

   **IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

October 25, 2007
Date of Imposition of Judgment

William M. Nickerson                          10/25/07
UNITED STATES DISTRICT JUDGE                  Date

Name of Court Reporter: M. Giordano

Case 1:98-cr-00169-WMN   Document 59   Filed 10/25/2007   Page 2 of 2

U.S. DISTRICT COURT (Rev.11/99) Sheet 2 - Judgment in a Criminal Case for Revocations with Supervised Release        Judgment Page 2 of 2

**DEFENDANT:**     WILLIAM ANTONINE BOYD        **CASE NUMBER:** WMN-98-cr-0169

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of <u>18</u> months.

☑ The court makes the following recommendations to the Bureau of Prisons: That the defendant be designated to the Federal Medical Center in Rochester, Minnesota.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ a.m./p.m. on _____.
  ☐ as notified by the United States Marshal.

☑ The defendant shall surrender, at his own expense, to the institution designated by the Bureau of Prisons at the date and time specified in a written notice to be sent to the defendant by the United States Marshal. If the defendant does not receive such a written notice, defendant shall surrender to the United States Marshal:

  ☑ before 2 p.m. on <u>December 17, 2007</u>.

**A defendant who fails to report either to the designated institution or to the United States Marshal as directed shall be subject to the penalties of Title 18 U.S.C. §3146. If convicted of an offense while on release, the defendant shall be subject to the penalties set forth in 18 U.S.C. §3147. For violation of a condition of release, the defendant shall be subject to the sanctions set forth in Title 18 U.S.C. §3148. Any bond or property posted may be forfeited and judgment entered against the defendant and the surety in the full amount of the bond.**

# RETURN

I have executed this judgment as follows:

  Defendant delivered on _____ to _____ at _____
  _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By: _____
DEPUTY U.S. MARSHAL